## Commonwealth ex rel. Shields, Appellant, *v.* Bellish.

Submitted April 14, 1969. *Joseph M. George, Harry Humbert,* and *Ray, Buck & John,* for appellant; *A. J. Kuzdenyi,* First Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined.

## Commonwealth *v.* Angel, Appellant.

Submitted April 14, 1969. *Robert D. Beck,* and *Patrono, Ceisler and Edwards,* for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.
Order affirmed.